IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

GLOBAL DAIRY SOLUTIONS PTY. LTD.,

        Plaintiff,                    JUDGMENT IN A CIVIL CASE

v.                                      10-cv-237-slc

BOUMATIC, LLC,

        Defendant.

---

    This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant BouMatic, LLC in the amount of $87,928.03 and dismissing plaintiff Global Dairy Solutions Pty. Ltd.'s claims for breach of contract and breach of implied covenant of good faith and fair dealing.

      *Peter Oppeneer*                       4/26/11

    Peter Oppeneer, Clerk of Court            Date