IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

GLOBAL DAIRY SOLUTIONS PTY LTD.,

    Plaintiff,

v.

BOUMATIC LLC,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-237-slc

---

This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant BouMatic LLC against plaintiff Global Dairy Solutions Pty Ltd. granting defendant's motion for attorneys' fees in the amount of $176,940.25 and costs in the amount of $32,083.70, for a total of $209,023.95.

_____  
Peter Oppeneer, Clerk of Court

_8/12/11_____  
Date