IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GLOBAL DAIRY SOLUTIONS PTY. LTD.,

          Plaintiff,

v.

BOUMATIC, LLC,

          Defendant.

AMENDED
JUDGMENT IN A CIVIL CASE

Case No. 10-cv-237-slc

This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant BouMatic, LLC against plaintiff Global Dairy Solutions Pty. Ltd. dismissing plaintiff's complaint with prejudice and awarding damages to defendant on its counterclaim in the amount of $87,928.03.

    IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of defendant awarding attorney fees and costs against plaintiff in the amount $209,023.95.

_____
Peter Oppeneer, Clerk of Court

11/19/13
Date